**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Senior Airman DANIEL J. MCDONOUGH**
**United States Air Force**

**ACM 38605**

**24 June 2015**

Sentence adjudged 18 March 2014 by GCM convened at Travis Air Force Base, California.  Military Judge:  Todd E. McDowell (sitting alone).

Approved Sentence:  Bad-conduct discharge, confinement for 18 months, forfeiture of all pay and allowances, and reduction to E-1.

Appellate Counsel for the Appellant:  Major Isaac C. Kennen; Major Christopher D. James; and Major Thomas A. Smith.

Appellate Counsel for the United States:  Gerald R. Bruce, Esquire.

Before

ALLRED, MITCHELL, and TELLER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*]  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 21 May 2014, incorrectly omits the language "on divers occasions" from Specification 10 of the Charge.  The court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court